# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO.: 3:05CR79

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **ALVIN EUGENE McSWAIN,** | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

     **THIS MATTER IS BEFORE THE COURT** upon the receipt of a letter, dated July 1, 2005, from Alvin E. McSwain, to United States District Court Judge Robert J. Conrad, Jr. (the "Letter"). In the Letter, Mr. McSwain, who is currently in custody, asks for a bond review hearing.

     The record reflects that Mr. McSwain is represented by appointed counsel, Samuel B. Winthrop. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. McSwain has any matters he wishes this Court to consider, they must be submitted through his attorney.

     **IT IS, THEREFORE, ORDERED** that Mr. McSwain's request for a bond review hearing is **DENIED** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Mr. Winthrop.

     The Clerk of Court is directed to send a copy of the Letter to Mr. Winthrop along with his copy of this Order.

**Signed: August 3, 2005**

David C. Keesler
United States Magistrate Judge