**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr79**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| **ALVIN EUGENE McSWAIN** ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for review of detention dated November 21, 2005. However, the defendant is currently represented by appointed counsel.

**IT IS, THEREFORE, ORDERED,** that the defendant's pro se motion to suppress is DENIED without prejudice to be pursued by counsel if deemed advisable.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

**Signed: December 2, 2005**

Robert J. Conrad, Jr.
United States District Judge